UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -2  P 3: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. No. 05-10024-RGS

CHESTER J. CHALUPOWSKI, JR., and
MALGORZATA B. CHALUPOWSKI,

                             Plaintiffs,

v.

PETER C. DIGANGI, Individually and in his
official capacity as Associate Justice of the
Probate and Family Court of Essex County,

                             Defendant.

## NOTICE OF APPEARANCE

Please enter on the docket, the appearance of David Hadas, Assistant Attorney General, as counsel for the defendant Peter C. DiGangi.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
David Hadas, BBO No. 641294
Assistant Attorney General
Government Bureau
One Ashburton Place, Rm. 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2085

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/1/05.

_____

Date: February 1, 2005