UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -2  P 3: 35

C.A. No. 05-10024-RGS
U.S. DISTRICT COURT
DISTRICT OF MASS.

---

CHESTER J. CHALUPOWSKI, JR., and
MALGORZATA B. CHALUPOWSKI,

                              Plaintiffs,

v.

PETER C. DIGANGI, Individually and in his
official capacity as Associate Justice of the
Probate and Family Court of Essex County,

                              Defendant.

---

## MOTION TO EXTEND TIME TO
## ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The Defendant Peter C. DiGangi, a Judge of the Massachusetts Probate and Family Court, hereby moves for an additional twenty days, or until February 21, 2005, to answer or otherwise respond to plaintiffs' complaint.[1] As grounds therefore, counsel for the Defendant states that he needs further time to analyze and respond to the allegations set forth in the complaint. Wherefore, Defendant Judge DiGangi requests that the deadline for filing a response to plaintiffs' complaint be extended until February 21, 2005.[2]

---

[1] The complaint and summons were served on January 12, 2005 and, therefore, an answer or other response would be due on February 1, 2005. Fed. R. Civ. P.12(a)(1)(A)

[2] A similar motion has been filed in Chester J. Chalupowski, Jr. et al. v. John C. Stevens, III, Individually and in his official capacity as the Chief Justice of the Probate and Family Court of Essex County, C.A. No. 05-10023-NMG. Also filed in that action is a motion to consolidate the two cases.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ David Hadas*

David Hadas, BBO No. 641294
Assistant Attorney General
Government Bureau
One Ashburton Place, Rm. 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2085

**Date: February 1, 2005**

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand)

on  2/1/05  .

*/s/ David Hadas*