UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL DOCKET #05-10024-RGS


CHESTER J. CHALUPOWSKI, Jr.
MALGORZATA B. CHALUPOWSKI
          Plaintiffs

v.


PETER C. DIGANGI, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY OF THE
ASSOCIATE JUSTICE OF THE PROBATE AND
FAMILY COURT OF ESSEX COUNTY
          Defendant



### PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The Plaintiffs, Chester and Malgorzata Chalupowski, hereby put on record their opposition to Defendant's Motion to Extend Time to Answer or Otherwise Respond to Complaint.

As grounds for their opposition, Plaintiffs state as follows:

1. Defendant's answer was due on February 1, 2005. Not until that date did the Defendant file his Motion to Extend Time. In this way, Defendant in fact availed himself of additional time to prepare his answer to the Complaint even prior this Court's decision whether allowing such additional time was justified.

1

2. Defendant has been using the additional time obtained in this way to continue the pattern of violations alleged in the Complaint.

WHEREFORE, Plaintiffs, Chester and Malgorzata Chalupowski, wish to put on record their opposition to Defendant's Motion seeking to extend the deadline for filing his response to Plaintiffs' Complaint.

Respectfully submitted

*/s/ Chester Chalupowski*

Chester J. Chalupowski, Jr., Pro Se
Malgorzata Chalupowski, Pro Se
119 Water Street, #65
Beverly, MA 01915
(978) 921 4945

Dated: February 11, 2005

CERTIFICATE OF SERVICE

We, Chester and Malgorzata Chalupowski, hereby certify that on this date a true copy of the foregoing document was served by mail upon the attorney of record for each party.

Chester Chalupowski                 Malgorzata Chalupowski

2