AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED IN CLERK'S OFFICE
2005 JAN 28 P 3: 36
U.S. DISTRICT COURT
DISTRICT OF MASS.

CHESTER J. CHALUPOWSKI, Jr.
MALGORZATA B. CHALUPOWSKI
　　　　　　　　Plaintiffs
　　　　V.

PETER C. DIGANGI
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY OF THE ASSOCIATE JUSTICE
OF THE PROBATE AND FAMILY COURT
OF ESSEX COUNTY
　　　　　　　　Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 10024 RGS

TO: (Name and address of Defendant)

PETER C. DIGANGI
ASSOCIATE JUSTICE
PROBATE AND FAMILY COURT
36 Federal Street
Salem, MA 01970

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHESTER J. CHALUPOWSKI, Jr. Pro Se
MALGORZATA B. CHALUPOWSKI, Pro Se

119 Water Street, #65
Beverly, MA 01915

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

1/6/05
DATE