UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CHESTER J. CHALUPOWSKI, JR., ET AL**

        **V.**                              **CIVIL ACTION NO. 05-10024-RGS**

**PETER C. DIGANGI, Individually and in
his official capacity as Associate Justice of
the Probate and Family Court of Essex County**

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                     **MARCH 18, 2005**

      IN ACCORDANCE WITH THIS COURT'S ORDER ON DEFENDANT'S MOTION TO DISMISS ENTERED ON MARCH 14, 2005,

      IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY <u>DISMISSED.</u>

      SO ORDERED.

                                              RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE

                **BY:**

                                  **/s/ Mary H. Johnson**
                                    **Deputy Clerk**