UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Docket: 05-10024-RGS

FILED
CLERKS OFFICE
2005 APR -1  A 11: 52
U.S. DISTRICT COURT
DISTRICT OF MASS

CHESTER J. CHALUPOWSKI, Jr.
MALGORZATA B. CHALUPOWSKI
                Plaintiffs

v.

PETER C. DIGANGI, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS
ASSOCIATE JUSTICE OF THE PROBATE
AND FAMILY COURT OF ESSEX COUNTY
                Defendant

### NOTICE OF APPEAL

Notice is hereby given that Chester and Malgorzata Chalupowski, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the Order entered in this action on the 14th day of March, 2005.

Chester J. Chalupowski, Jr. Pro Se
Malgorzata B. Chalupowski, Pro Se
119 Water Street, #65
Beverly, MA 01915
(978) 921 4945


March 31, 2005

**CERTIFICATE OF SERVICE**

We, Chester and Malgorzata Chalupowski, hereby certify that on this date a true copy of the foregoing Notice of Appeal was served upon Counsel for Defendant by first class mail, postage prepaid.

Att. David Hadas
Assistant Attorney General
Office of Attorney General
One Ashburton Place, Room 2019
Boston, MA 02208

_____          _____
Chester J. Chalupowski, Jr.        Malgorzata Chalupowski

March 31, 2005