# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-10024

Chester J. Chalupowski, Jr., et al

v.

Peter C. Digangi, et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/1/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 6, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/6/05.

/s/ Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10024-RGS

Chalupowski et al v. DiGangi  
Assigned to: Judge Richard G. Stearns  
Cause: 42:1983 Civil Rights Act

Date Filed: 01/06/2005  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Chester J. Chalupowski, Jr.**    represented by    **Chester J. Chalupowski, Jr.**

119 Water Street  
#65  
Beverly, MA 01915  
978-921-4945  
PRO SE

**Plaintiff**

**Malgorzata B. Chalupowski**    represented by    **Malgorzata B. Chalupowski**

115 Water Street  
#65  
Beverly, MA 01915  
978-921-4945  
PRO SE

V.

**Defendant**

**Peter C. DiGangi**    represented by    **David Hadas**  
*Individually and in his official*                  Massachusetts Attorney  
*capacity as Associate Justice*                    General's Office

| | |
|---|---|
| *of the Probate and Family Court of Essex County* | One Ashburton Place<br>McCormack Building, 20th floor<br>Boston, MA 02108-1598<br>617-727-2200<br>Fax: 617-727-5785<br>Email: david.hadas@ago.state.ma.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2005 | 1 | COMPLAINT against Peter C. DiGangi Filing fee: $ 150, receipt number 61254, filed by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski. (Attachments: # 1)(Flaherty, Elaine) (Entered: 01/07/2005) |
| 01/05/2005 | | Summons Issued as to Peter C. DiGangi. (Flaherty, Elaine) (Entered: 01/07/2005) |
| 01/05/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Flaherty, Elaine) (Entered: 01/07/2005) |
| 01/28/2005 | 6 | SUMMONS Returned Executed Peter C. DiGangi served on 1/13/2005, answer due 2/2/2005. (Flaherty, Elaine) (Entered: 03/01/2005) |
| 02/02/2005 | 2 | NOTICE of Appearance by David Hadas on behalf of Peter C. DiGangi (Flaherty, Elaine) (Entered: 02/11/2005) |
| 02/02/2005 | 3 | MOTION for Extension of Time to 2/21/05 to respond to complaint by Peter C. DiGangi.(Flaherty, Elaine) (Entered: 02/11/2005) |

| | | |
|---|---|---|
| 02/10/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 3 Motion for Extension of Time (Flaherty, Elaine) (Entered: 02/15/2005) |
| 02/11/2005 | 4 | RESPONSE to Motion re 3 MOTION for Extension of Time to 2/21/05 to respond to complaint filed by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski. (Flaherty, Elaine) (Entered: 02/15/2005) |
| 02/22/2005 | 5 | MOTION to Dismiss by Peter C. DiGangi.(Flaherty, Elaine) (Entered: 03/01/2005) |
| 03/07/2005 | 7 | MEMORANDUM in Opposition re 5 MOTION to Dismiss filed by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski. (Attachments: # 1) (Flaherty, Elaine) (Entered: 03/10/2005) |
| 03/14/2005 | 8 | Judge Richard G. Stearns : ORDER granting 5 Motion to Dismiss (Flaherty, Elaine) (Entered: 03/14/2005) |
| 03/18/2005 | 9 | Judge Richard G. Stearns : Electronic ORDER OF DISMSISAL entered. (Johnson, Mary) (Entered: 03/18/2005) |
| 04/01/2005 | 10 | NOTICE OF APPEAL as to 8 Order on Motion to Dismiss by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/21/2005. (Flaherty, Elaine) (Entered: 04/04/2005) |